SHEYENNE ROWEL
385 RICHEY CIRCLE
CORONA, CA 92879
(951) 482-9372
rowelshey@gmail.com

IN PRO PER

FILED
2025 JAN -7 PM 12: 47

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FD CV 25 - 00034-KK (SHKx)

| | |
|---|---|
| HILLS OF CORONA OWNER LLC | Civil Action No. |
| PLAINTIFF, | |
| VS. | NOTICE OF REMOVAL<br>UNDER 28 U.S.C. 1331, 1391, 1441 (a) and 1446 |
| SHEYENNE ROWEL; SHABIR SMITH; AND DOES 1 TO 10, INCLUSIVE DEFENDANTS, | SUPERIOR COURT OF CALIFORNIA CASE NO. UDCO2401455 |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. § 1331 and § 1441, the Defendant, SHEYENNE ROWEL, Pro Se, Files this Notice of Removal of this case from the Superior Court of California, County of RIVERSIDE, to The United States District Court for the Central District of

California. In support of this Notice of Removal, Defendant SHEYENNE ROWEL States as follows:

**I.  THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

On or about 10/21/2024, HILLS OF CORONA OWNER LLC, (Plaintiff) filed an unlawful detainer action in Superior Court of California County of RIVERSIDE, entitled HILLS OF CORONA OWNER LLC vs. SHEYENNE ROWEL.

1. This Removal is therefore timely because it is not barred by the provisions of **28 U.S.C. 1446(b)**
2. No Previous request has been made for the relief requested.
3. The Superior Court of California for the County of RIVERSIDE is located with this District of California. **See 28 U.S.C. 84(c) (1)**. Thus, venue is proper in this court because it is the District and division embracing the place where such action is pending. "28 U.S.C. 1441(a)".
4. This action is removable to the instant Court because it originally could have been filed in this court pursuant to 28 U.S.C. 1441(a) and /or (b). The complaint presents federal questions. Supplemental Jurisdiction exists with the respect to any remaining claims pursuant to 28 U.S.C. 1367.

**II.  FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C.1331 AND 1441.**

5. The complaint for the Unlawful Detainer was filed by the plaintiff for non-payment. However, Defendant withheld rent due to Plaintiff discriminating against defendant by violating **Fair housing act** and **42 U.S.C.3604(f)(3)(A)** by refusing to permit, reasonable modification of the premises

necessary to afford full enjoyment of the premises to Defendant's co-tenant is physically handicapped.

6. The Defendant has also been discriminated against due to the building **NOT** being up to code by violating A. **42 U.S.C. 3604(f)(3)(C)(ii)**-stating all doors...within such dwelling are sufficiently wide to allow passage by handicapped Persons in wheelchairs; B. 42 U.S.C.3604(f)(3)(C)(II)-stating light switches, electrical outlets, thermostats, and other environmental controls in be accessible locations; C.**42 U.S.C.3604(f)(3)(C)(III)**-stating reinforcements in the Bathroom walls to allow later installation of grab bars; D.42 U.S.C.3604(f)(3)(c)(IV)-stating that usable kitchens and bathrooms such that and individual in a wheelchair can maneuver about the space.

7. Federal question jurisdiction exists because Defendant's pleading depends on the determination of Defendant's rights and Plaintiff's duties under federal law. Wherefore, SHEYENNE ROWEL respectfully removes this action from the California Superior Court for The County of RIVERSIDE to this Court Pursuant to 28 United States code Section 1331 and 1441.

Date: 01/07/2025

_____
SHEYENNE ROWEL, In Pro Per

**NOTICE OF REMOVAL**